IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02711-CMA-KMT

KEITH FRAZIER

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, CDOC,
REED BERNT, Mental Health Employee, KCCC,
SONDRA BROWN, Mailroom Employee, BCCF,
R. PRATHER, Mailroom Employee, BCCF,
ELINA ACEVES, Mailroom Employee, BCCF,
SUE BINDER, Facility Reading Material Committee/Mental Health, BCCF,
BARBRA MONROE, Facility Reading Material Committee/Mental Health, BCCF,
TIM KELLY, Facility Reading Material Committee/Mental Health, BCCF,
JUAN RAMIREZ, Facility Reading Material Committee/"STG" Coordinator, BCCF,
STEVEN BROWN, SR., Facility Reading Material Committee Chair/Investigator, BCCF,
JAN BRYANT, Facility Reading Material Committee Chair/Assistant Warden, BCCF,
BRIGHAM SLOAN, Warden, BCCF,
STEVEN BROWN, JR., Assistant Warden, BCCF,
COSMOS GALLEGOS, Warden Designee, BCCF,
TERESA REYNOLDS, Central Reading Committee Chair/Office of Correctional Legal
    Services, CDOC,
BURL McCULLAR, Central Reading Committee/"SOTMP," CDOC,
KIM BIECKER, Central Reading Committee/"Faith and Citizens," CDOC,
JOHN BRADBURN, Central Reading Committee/"IG Office," CDOC,
GEORGE DUNBAR, Central Reading Committee/Warden, CDOC,
SUSAN JONES, Central Reading Committee/Warden, CDOC,
STEVE HAGER, Central Reading Committee/Warden, CDOC,
ANNA COOPER, Central Reading Committee/Legal Services' Designee, CDOC,
JOHN McGILL, Central Reading Committee/"SOTMP" Designee, CDOC,
RICHARD LINS, Central Reading Committee/"SOTMP" Designee, CDOC,
CHARLES SANCHEZ, Central Reading Committee/"Faith and Citizens" Designee,
    CDOC,
DAVE ZUPAN, Central Reading Committee/Warden Designee, CDOC,
KEVIN MILYARD, Central Reading Committee/Warden Designee, CDOC,
DIRECTOR OF PRISONS, CDOC,
JOSIE LOPEZ, Mailroom Employee, BCCF,
JANA GARCIA, Mailroom Employee, BCCF,
M. MASTER, Mailroom Employee, BCCF,
CHIEF OF CLINICAL SERVICES, CDOC,
SERGIO LOPEZ, Case Manager, BCCF, and
LARRY COX, Chief of Security, BCCF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -1 2011

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: February __28__, 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02711-CMA-KMT

Keith Frazier
Prisoner No. 114542
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Aristedes Zavaras

Judy Fuchs – **CERTIFIED**
Kit Carson Corr. Center
49777 County Road V
Burlington, CO 80807
**SERVICE FORMS FOR:**
**Reed Bernt**

Doris Cody – **CERTIFIED**
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573
**SERVICE FORMS FOR:**
**Sondra Brown, R. Prather, Elina Aceves, Sue Binder,**
**Barbara Monroe, Tim Kelly, Juan Ramirez, Steven Brown, Sr.,**
**Jan Bryant, Brigham Sloan, Steven Brown, Jr., Cosmos Gallegos,**
**Josie Lopez, Jana Garcia, M. Master, Sergio Lopez, and Larry Cox**

Teresa Reynolds, Burl McCullar, Kim Biecker,
John Bradburn, George Dunbar, Susan Jones,
Steve Hager, Anna Cooper, John McGill, Richard Lins,
Charles Sanchez, Dave Zupan, Kevin Milyard,
Director of CDOC, Chief of Clinical Services- **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Aristedes Zavaras; Keith Nordell for service of process on Teresa Reynolds, Burl McCullar, Kim Biecker, John Bradburn, George Dunbar, Susan Jones, Steve Hager, Anna Cooper, John McGill, Richard Lins, Charles Sanchez, Dave Zupan, Kevin Milyard, Director of CDOC, Chief of Clinical Services; to Doris Cody for service of process on Sondra Brown, R. Prather, Elina Aceves, Sue Binder, Barbara Monroe, Tim Kelly, Juan Ramirez, Steven Brown, Sr., Jan Bryant, Brigham Sloan, Steven Brown, Jr., Cosmos Gallegos, Josie Lopez, Jana Garcia, M. Master, Sergio Lopez, and Larry Cox; to Judy Fuchs for service of process on Reed Bernt: AMENDED COMPLAINT FILED 2/16/11, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/1/11.

             GREGORY C. LANGHAM, CLERK

             By: _____
                  Deputy Clerk