IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02711–CMA–KMT

KEITH FRAZIER,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, CDOC,
REED BERNT, Mental Health Employee, KCCC,
SANDRA BROWN, Mailroom Employee, BCCF,
R PRATHER, Mailroom Employee, BCCF,
ELINA ACEVES, Mailroom Employee, BCCF,
SUE BINDER, Facility Reading Material Committee/Mental Health, BCCF,
BARBARA MONROE, Facility Material Committee/Mental Health, BCCF,
TIM KELLY, Facility Material Committee/Mental Health, BCCF,
JUAN RAMIREZ, Facility Reading Committee/"STG" Coordinator, BCCF,
STEVEN BROWN SR., Facility Reading Material Chair/Investigator, BCCF,
JON BRYANT, Facility Reading Material Committee Chair/Assistant Warden, BCCF,
BRIGHAM SLOON, Warden, BCCF,
STEVEN BROWN JR., Assistant Warden, BCCF,
TERESA REYNOLDS, Central Reading Committee Chair/Office of Correctional Legal Services, CDOC,
BURL MCCULLAR, Central Readin Committee/"SOTMP", CDOC,
KIM BIECKER, Central Reading Committee/"Faith and Citizens", CDOC,
JOHN BRADBURN, Central Reading Committee/"IG Office", CDOC,
GEORGE DUNBAR, Central Reading Committee/Warden, CDOC,
SUSAN JONES, Central Reading Committee/Warden, CDOC,
STEVE HAGER, Central Reading Committee/Warden, CDOC,
ANNA COOPER, Central Reading Committee/Legal Services' Designee, CDOC,
JOHN MCGILL, Central Reading Commitee/"SOTMP" Designee, CDOC,
RICHARD LINS, Central Reading Committee/"SOTMP" Designee, CDOC,
CHARLES SANCHEZ, Central Reading Committee/"Faith and Citizens" Designee, CDOC,
DAVE ZUPAN, Central Reading Committee/Warden Designee, CDOC,
KEVIN MILYARD, Central Reading Committee/Warden Designee, CDOC, Director of Prisons, CDOC,
JOSIE LOPEZ, Mailroom Employee, BCCF,
JANA GARCIA, Mailroom Employee, BCCF,

M. MASTER, Mailroom Employee, BCCF,
CHIEF OF CLINICAL SERVICES, CDOC,
SERGIO LOPEZ, Case Manager, BCCF, and
LARRY COX, Chief of Security, BCCF,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Compel Defendants to Respond to 'Plaintiff's Request for Limited Interrogatories and Production of Documents,' and to Then Allow Him to Amend His Complaint Accordingly, Before it Rules on Their Motion to Dismiss" (Doc. No. 65, filed June 28, 2011) is DENIED.  Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), *pro se* actions brought by individuals in the custody of the United States, a state, or a state subdivision are a category of proceedings "exempt from initial disclosure."  Fed. R. Civ. P. 26(a)(1)(B)(iv).  Additionally, the local rules of this court provide that a scheduling order and orders for discovery are unnecessary in categories of proceedings listed in Fed. R. Civ. P. 26(a)(1)(B).  D.C.COLO.LCivR 16.2.B.2.  This court declines to allow discovery prior to the entry of a scheduling order or discovery order.

Dated: June 29, 2011