**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02711-CMA-KMT

KEITH FRAZIER

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, CDOC,
REED BERNT, Mental Health Employee, KCCC,
SONDRA BROWN, Mailroom Employee, BCCF,
R. PRATHER, Mailroom Employee, BCCF,
ELINA ACEVES, Mailroom Employee, BCCF,
SUE BINDER, Facility Reading Material Committee/Mental Health, BCCF,
BARBRA MONROE, Facility Reading Material Committee/Mental Health, BCCF,
TIM KELLY, Facility Reading Material Committee/Mental Health, BCCF,
JUAN RAMIREZ, Facility Reading Material Committee/"STG" Coordinator, BCCF,
STEVEN BROWN, SR., Facility Reading Material Committee Chair/Investigator, BCCF,
JAN BRYANT, Facility Reading Material Committee Chair/Assistant Warden, BCCF,
BRIGHAM SLOAN, Warden, BCCF,
STEVEN BROWN, JR., Assistant Warden, BCCF,
COSMOS GALLEGOS, Warden Designee, BCCF,
TERESA REYNOLDS, Central Reading Committee Chair/Office of Correctional Legal
    Services, CDOC,
BURL McCULLAR, Central Reading Committee/"SOTMP," CDOC,
KIM BIECKER, Central Reading Committee/"Faith and Citizens," CDOC,
JOHN BRADBURN, Central Reading Committee/"IG Office," CDOC,
GEORGE DUNBAR, Central Reading Committee/Warden, CDOC,
SUSAN JONES, Central Reading Committee/Warden, CDOC,
STEVE HAGER, Central Reading Committee/Warden, CDOC,
ANNA COOPER, Central Reading Committee/Legal Services' Designee, CDOC,
JOHN McGILL, Central Reading Committee/"SOTMP" Designee, CDOC,
RICHARD LINS, Central Reading Committee/"SOTMP" Designee, CDOC,
CHARLES SANCHEZ, Central Reading Committee/"Faith and Citizens" Designee,
    CDOC,
DAVE ZUPAN, Central Reading Committee/Warden Designee, CDOC,
KEVIN MILYARD, Central Reading Committee/Warden Designee, CDOC,
DIRECTOR OF PRISONS, CDOC,
JOSIE LOPEZ, Mailroom Employee, BCCF,
JANA GARCIA, Mailroom Employee, BCCF,
M. MASTER, Mailroom Employee, BCCF,
CHIEF OF CLINICAL SERVICES, CDOC,
SERGIO LOPEZ, Case Manager, BCCF, and
LARRY COX, Chief of Security, BCCF,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with *pro se* Plaintiff Keith Frazier's handwritten Motion for Voluntary Dismissal (Doc. # 74), it is hereby

ORDERED that this cause of action is DISMISSED WITHOUT PREJUDICE.

DATED: July 27, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge